# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| LARANDEN DEWAYNE PERRY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No.: 7:17-cv-00598-LSC-JEO |
| ) | |
| WARDEN PHYLLIS BILLUPS, et al., ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM OPINION

The magistrate judge filed a report on May 12, 2020, recommending the court dismiss with prejudice Petitioner Laranden Dewayne Perry's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. (Doc. 13).  Although the parties were advised of their right to file specific written objections within fourteen days, no objections have been received by the court.  (*Id*.).

Having carefully considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** his recommendation.  Accordingly, the court finds that the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 in the above-styled cause is due to be dismissed with prejudice.

The court may issue a certificate of appealability "only if the applicant has

made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). To make such a showing, a "petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong," *Slack v. McDaniel*, 529 U.S. 473, 484 (2000), or that "the issues presented were adequate to deserve encouragement to proceed further." *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003) (internal quotations omitted). This court finds Petitioner's claims do not satisfy either standard.

A separate order will be entered.

**DONE** AND **ORDERED** ON JUNE 4, 2020.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

160704